sets forth an entirely separate procedure for processing and adjudicating statutory PTD compensation, and reading paragraph (E)(1) *in contrast to* the other provisions in the rule, it becomes manifest that the omission was intentional. While paragraph (E)(1) may certainly be interpreted to include the situation where an application for statutory PTD compensation is filed, it cannot be interpreted to require the filing of an application. Ohio Adm.Code 4121–3–34(E)(1) is simply broader in scope than its subordinate subdivisions.

{¶ 69} For all the foregoing reasons, I would affirm the judgment of the court of appeals.

F.E. SWEENEY and PFEIFER, JJ., concur in the foregoing dissenting opinion.

---

Clements, Mahin & Cohen Co., L.P.A., and Edward Cohen, for appellee.

Jim Petro, Attorney General, Dennis H. Behm, and Shareef Rabaa, Assistant Attorneys General, for appellant.

Garvin & Hickey, Preston J. Garvin, and Michael J. Hickey, urging reversal for amicus curiae Ohio Chamber of Commerce.

Vorys, Sater, Seymour & Pease, L.L.P., Robert A. Minor, and Robin Obetz, urging reversal for amicus curiae Ohio Self–Insurers' Association.

Bricker & Eckler and Thomas R. Sant, urging reversal for amici curiae Ohio Chapter of the National Federation of Independent Business and Ohio Manufacturers' Association.

IN RE GILL ET AL.

[Cite as *In re Gill*, 104 Ohio St.3d 654, 2004-Ohio-6895.]

(No. 2003–2017—Submitted December 14, 2004—Decided December 22, 2004.)

---

{¶ 1} The certified question of state law is answered in the affirmative on the authority of *In re Nowak*, 104 Ohio St.3d 466, 2004-Ohio-6777, 820 N.E.2d 335.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., concur.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

LUNDBERG STRATTON, J., dissenting.

{¶ 2} I respectfully dissent for the reasons set forth in my dissenting opinion in *In re Nowak,* 104 Ohio St.3d 466, 2004-Ohio-6777, 820 N.E.2d 335.

O'DONNELL, J., concurs in the foregoing dissenting opinion.

McFadden & Associates Co., L.P.A., and David A. Freeburg, for petitioner, ABN AMRO Mortgage Group, Inc.

Vorys, Sater, Seymour & Pease L.L.P., and Lisa Pierce Reisz, for respondent, Frederick L. Ransier III, trustee.

TOLEDO BAR ASSOCIATION *v.* ABOOD.

[Cite as *Toledo Bar Assn. v. Abood,*
104 Ohio St.3d 655, 2004-Ohio-7015.]

(No. 2004–1066—Submitted October 26, 2004—Decided December 29, 2004.)

Per Curiam.

{¶ 1} On April 14, 2003, relator, Toledo Bar Association, filed a complaint charging respondent, Norman Abood, of Oregon, Ohio, Attorney Registration No. 0029004, in three counts with violations of the Code of Professional Responsibility. Respondent answered, admitting some facts and disputing others. On January 27, 2004, a panel of the Board of Commissioners on Grievances and Discipline conducted a hearing. Before the hearing, the parties submitted an